**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

J.B.B.C., A MINOR CHILD, by and through his father and Next Friend, Carlos Emilio Barrera Rodriguez,

*Plaintiff*,

v.

CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,

*Defendants*.

No. 20-cv-01509-CJN

G.Y.J.P., A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S.,

*Plaintiff*,

v.

CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,

*Defendants*.

No. 20-cv-01511-TNM

**SUPPLEMENT TO NOTICE OF RELATED CASE**

Plaintiffs in the above-captioned cases hereby notify this Court of developments in the low-numbered case, *J.B.B.C. v. Wolf*, No. 20-cv-01509-CJN, which is currently pending before Judge Carl J. Nichols. *See G.Y.J.P.* ECF Nos. 7, 8. Plaintiff G.Y.J.P. intends to move for an expedited summary judgment briefing schedule, or, in the alternative, for a preliminary injunction. Because this case should be related to *J.B.B.C. v. Wolf* pursuant to LCvR 40.5(a)(3),

Plaintiff G.Y.J.P. requests that this case be transferred to Judge Nichols for consideration of her upcoming motion.

Plaintiffs contacted Defendants for their position. Defendants oppose the request to transfer *G.Y.J.P. v. Wolf* to Judge Nichols as a related case to *J.B.B.C. v. Wolf*. Defendants believe that the standard for "related cases" is not met, and that *J.B.B.C. v. Wolf* is moot. As set forth below, Plaintiffs believe the related case standard is met here, and that *J.B.B.C.* is not moot at this juncture.

As Plaintiffs previously informed the Court, *J.B.B.C.* and *G.Y.J.P.* were both filed on June 9, 2020. *J.B.B.C.* is the low-numbered case. Both cases are brought on behalf of unaccompanied migrant children who are subject to Defendants' new Title 42 Process, which purports to authorize their deportation from the United States under a system that bypasses any of the government's existing statutory deportation authorities and protections. Defendants are identical in both cases. Plaintiffs in both cases are represented by largely the same counsel, and raise the same legal claims.

The plaintiff in *J.B.B.C.* filed a Motion for Stay of Removal and Temporary Restraining Order with his complaint. Judge Nichols held an initial hearing on J.B.B.C.'s Motion on June 10, 2020, and temporarily stayed his deportation to allow the parties to brief his Motion. J.B.B.C.'s TRO motion was fully briefed as of Monday, June 22, 2020, with a collective total of over 80 pages of briefing, principally regarding the legal merits of the claims, and accompanying evidence from both sides. Amici also filed briefs in support of Plaintiff.

On Wednesday, June 24, 2020, Judge Nichols held oral argument on Plaintiff's Motion. After hearing from both sides, Judge Nichols issued an oral decision from the bench, granting J.B.B.C.'s request for a stay of deportation pending final decision on the merits. *See J.B.B.C.*

ECF No. 39. Among other findings, Judge Nichols determined that J.B.B.C. had shown a likelihood of success on the merits of his claims that 42 U.S.C. § 265 did not authorize Defendants to bypass the statutory deportation procedures in Title 8 that apply to unaccompanied children and asylum seekers. Judge Nichols then informed the parties that he wished to proceed on an expedited basis to final judgment, and directed the parties to propose a joint schedule for production of the administrative record and summary judgment motions by Monday, June 29, 2020.

While the parties in *J.B.B.C.* were negotiating the schedule, Defendants informed Plaintiff on Sunday, June 28, 2020, that they intended to transfer J.B.B.C. to the custody of the Office of Refugee Resettlement ("ORR") rather than pursue his deportation under the Title 42 Process.

In the meantime, G.Y.J.P. is in El Salvador after having been returned pursuant to the Title 42 Process. She is in hiding from those who persecuted her before she first attempted to journey to the United States. She wishes to proceed with her case in an expeditious fashion.

Given that both cases raise identical legal claims regarding why the Title 42 process is unlawful, that Defendants are identical in both cases with near-identical counsel for Plaintiffs, and the substantial briefing and consideration of the legal merits that has already occurred in *J.B.B.C.*, Plaintiff G.Y.J.P. believes that it would best promote the interests of judicial economy to transfer this case to Judge Nichols pursuant to LCvR 40.5(a)(3) for further proceedings. *See, e.g.*, *Autumn Journey Hospice, Inc. v. Sebelius*, 753 F. Supp. 2d 135, 140 (D.D.C. 2010) (deeming cases related where different plaintiffs challenged regulation on "identical" grounds, and there was "substantial overlap in both the factual underpinning and the legal matters in dispute" in the cases); *Medford v. D.C.*, 691 F. Supp. 1473, 1475 (D.D.C. 1988) (deeming cases

related because fact that "identical legal issues are involved in all three cases greatly outweighs any argument for splitting these cases up based on trivial factual variances between each handicapped child's experience with the bureaucracy"). She respectfully asks that the Court transfer her case expeditiously to permit her to seek relief from the Court, either through accelerated summary judgment proceedings or consideration of a motion for preliminary injunction.

Dated: June 29, 2020

Respectfully submitted,

/s/ Celso J .Perez

Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt**
Daniel A. Galindo**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Robert Silverman**
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Stephen B. Kang**
Cody Wofsy**
Morgan Russell**
Adrienne Harrold**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Jamie Crook (D.C. Bar No. 1002504)
Blaine Bookey
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiffs*
**Admitted pro hac vice*
***Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel for Defendants in *J.B.B.C.* are registered CM/ECF users, and service will be accomplished by the CM/ECF system. I will cause a copy of this document to be served on Defendants in *G.Y.J.P*.

By: /s/ Celso J. Perez
Celso J. Perez