AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| G.Y.J.P. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CV-01511-TNM |
| Wolf, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff G.Y.J.P.

Date: 07/07/2020

*Attorney's signature*

Efren C. Olivares, Fed. Bar 1015826
*Printed name and bar number*
P.O. Box 219
Alamo, TX 78516

*Address*

efren@texascivilrightsproject.org
*E-mail address*

956-212-4963
*Telephone number*

956-787-6348
*FAX number*