AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| G.Y.J.P, A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   20-cv-01511-TNM |
| v. | ) | |
| Chad F. Wolf, Department of Homeland Security, Mark A. Morgan, U.S. Customs and Border Protection, Todd C. Owen, CBP Office of Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T. Albence, U.S. Immigration and Customs Enforcement, Alex M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R. Redfield, Center for Disease Control and Prevention, Heidi Stirrup, Office of Refugee Resettlement. | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Chad F. Wolf
Acting Secretary of the United States
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/10/2020

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-01511-TNM

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chad F. Wolf, Acting Secretary of Homeland Security

was received by me on *(date)*   06/10/2020   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to
Chad F. Wolf, Acting Secretary of Homeland Security, 245 Murray Lane, SW, Washington,
DC 20528-1002 and delivered on 06/30/2020.

My fees are $ _____ 0 _____ for travel and $ _____ 0 _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date:   07/08/2020                                      /s/ Darlene Boggs
                                                   _____
                                                         *Server's signature*

                                                   Darlene Boggs, Paralegal
                                                   _____
                                                         *Printed name and title*

                                                   American Civil Liberties Union Foundation
                                                   125 Broad Street, 18th Floor
                                                   New York, NY 10004
                                                   _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW97544370

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
06/29/2020

**Delivered On**
06/30/2020 10:24 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
GILL

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 9:59 P.M. EST

Case 1:20-cv-01511-TNM Document 16 Filed 06/10/20 Page 2 of 24

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| G.Y.J.P, A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Chad F. Wolf, Department of Homeland Security, Mark A. Morgan, U.S. Customs and Border Protection, Todd C. Owen, CBP Office of Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T. Albence, U.S. Immigration and Customs Enforcement, Alex M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R. Redfield, Center for Disease Control and Prevention, Heidi Stirrup, Office of Refugee Resettlement. | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  20-cv-1511-TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mark A. Morgan
Acting Commissioner of U.S. Customs and Border Protection
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/10/2020

*/s/ Anson Hopkins*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-01511-TNM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mark A. Morgan, Acting Commissioner of CBP

was received by me on *(date)*         06/10/2020             .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection, 1300 Pennsylvania Ave. NW, Washington DC 20229-0002 and delivered on 06/30/2020.

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:   07/08/2020                                      /s/ Darlene Boggs
                                                        *Server's signature*

                                                        Darlene Boggs, Paralegal
                                                        *Printed name and title*

                                                        American Civil Liberties Union Foundation
                                                        125 Broad Street, 18th Floor
                                                        New York, NY 10004
                                                        *Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW97399984

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
06/29/2020

**Delivered On**
06/30/2020 10:24 A.M.

**Delivered To**
CAPITOL HEIGHTS, MD, US

**Received By**
GILL

**Left At**
Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 10:01 P.M. EST

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| G.Y.J.P, A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Chad F. Wolf, Department of Homeland Security, Mark A. Morgan, U.S. Customs and Border Protection, Todd C. Owen, CBP Office of Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T. Albence, U.S. Immigration and Customs Enforcement, Alex M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R. Redfield, Center for Disease Control and Prevention, Heidi Stirrup, Office of Refugee Resettlement. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  20-cv-01511-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Todd C. Owen
Executive Assistant Commissioner, CBP Office of Filed Operations
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/10/2020                                          /s/ Anson Hopkins
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-01511-TNM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Todd C. Owen, CBP Executive Assistant Commissioner

was received by me on *(date)*        06/10/2020           .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to
Todd C. Owen, Executive Assistant, CBP Office of Field Operations, 1300 Pennsylvania
Ave. NW, Washington DC 20229-0002 and delivered on 06/30/2020.

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:      07/08/2020                                    /s/ Darlene Boggs
                                                     *Server's signature*

                                              Darlene Boggs, Paralegal
                                                   *Printed name and title*

                                          American Civil Liberties Union Foundation
                                                125 Broad Street, 18th Floor
                                                   New York, NY 10004
                                                     *Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z1490E0NW96397193

**Weight**

0.50 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

06/29/2020

**Delivered On**

06/30/2020 10:24 A.M.

**Delivered To**

CAPITOL HEIGHTS, MD, US

**Received By**

GILL

**Left At**

Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 10:03 P.M. EST

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| G.Y.J.P, A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., <br><br> _____<br>*Plaintiff(s)*<br>v.<br>Chad F. Wolf, Department of Homeland Security, Mark A. Morgan, U.S. Customs and Border Protection, Todd C. Owen, CBP Office of Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T. Albence, U.S. Immigration and Customs Enforcement, Alex M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R. Redfield, Center for Disease Control and Prevention, Heidi Stirrup, Office of Refugee Resettlement.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.   20-cv-01511-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rodney S. Scott
Chief of U.S. Border Patrol
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/10/2020                            /s/ Anson Hopkins

                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-01511-TNM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rodney S. Scott, Chief of U.S. Border Patrol

was received by me on *(date)*   06/10/2020   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

> A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to Rodney S. Scott, Chief of U.S. Border Patrol, 1300 Pennsylvania Ave. NW, Washington DC 20229-0002 and delivered on 06/30/2020.

My fees are $ _____ 0 _____ for travel and $ _____ 0 _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date:   07/08/2020                                   /s/ Darlene Boggs
                                               *Server's signature*

                                           Darlene Boggs, Paralegal
                                            *Printed name and title*

                                       American Civil Liberties Union Foundation
                                            125 Broad Street, 18th Floor
                                              New York, NY 10004
                                               *Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z1490E0NW98832002

**Weight**

0.50 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

06/29/2020

**Delivered On**

06/30/2020 10:24 A.M.

**Delivered To**

1100 HAMPTON PARK BLVD
CAPITOL HEIGHTS, MD, 20743, US

**Received By**

GILL

Signature is not available at this time.

**Left At**

Inside Delivery

**Reference Number(s)**

IG022(1735), IMMIGRANTS' RIGHTS

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 9:30 P.M. EST

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

G.Y.J.P, A MINOR CHILD, by and through her mother
and Next Friend, M.R.P.S.,

_____
*Plaintiff(s)*

v.

Chad F. Wolf, Department of Homeland Security, Mark A. Morgan,
U.S. Customs and Border Protection, Todd C. Owen, CBP Office of
Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T.
Albence, U.S. Immigration and Customs Enforcement, Alex
M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R.
Redfield, Center for Disease Control and Prevention, Heidi Stirrup,
Office of Refugee Resettlement.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   20-cv-01511-TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Matthew T. Albence
Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Ave. S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____6/10/2020_____                    _____/s/ Anson Hopkins_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-01511-TNM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Matthew T. Albence, Deputy Director of ICE

was received by me on *(date)*        06/10/2020            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
    A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to
    Matthew T. Albence, Deputy Director of U.S. Immigration and Customs Enforcement, 500
    12th Street SW, Washington DC 20536-5098 and delivered on 06/30/2020.

My fees are $ _____ 0 _____ for travel and $ _____ 0 _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date:   07/08/2020                                /s/ Darlene Boggs
                                        _____
                                              *Server's signature*

                                        Darlene Boggs, Paralegal
                                        _____
                                              *Printed name and title*

                                        American Civil Liberties Union Foundation
                                        125 Broad Street, 18th Floor
                                        New York, NY 10004
                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW99760418

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
06/29/2020

**Delivered On**
06/30/2020 10:24 A.M.

**Delivered To**
1100 HAMPTON PARK BLVD
CAPITOL HEIGHTS, MD, 20743, US

**Received By**
GILL

Signature is not available at this time.

**Left At**
Inside Delivery

**Reference Number(s)**
IG022(1735), IMMIGRANTS' RIGHTS, GYJP

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 9:36 P.M. EST

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr>
<td>

G.Y.J.P, A MINOR CHILD, by and through her mother
and Next Friend, M.R.P.S.,

_____
*Plaintiff(s)*

v.

Chad F. Wolf, Department of Homeland Security, Mark A. Morgan,
U.S. Customs and Border Protection, Todd C. Owen, CBP Office of
Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T.
Albence, U.S. Immigration and Customs Enforcement, Alex
M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R.
Redfield, Center for Disease Control and Prevention, Heidi Stirrup,
Office of Refugee Resettlement.

_____
*Defendant(s)*
</td>
<td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td>
<td>

Civil Action No.  20-cv-01511-TNM

</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alex M. Azar II
Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Ave. S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     6/10/2020                                    /s/ Anson Hopkins
                                                  _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-01511

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Alex M. Azar II, Secretary of Health and Human Services

was received by me on *(date)*   06/10/2020   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to
Alex M. Azar II, Secretary of Health and Human Services, 200 Independence Avenue, SW,
Washington, DC 20201-0004 and delivered on 06/30/2020.

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: ____07/08/2020____

_____/s/ Darlene Boggs_____
*Server's signature*

_____Darlene Boggs, Paralegal_____
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW95598423

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
06/29/2020

**Delivered On**
06/30/2020 10:27 A.M.

**Delivered To**
330 INDEPENDENCE AVE SW
G644
WASHINGTON, DC, 20201, US

**Received By**

TYLER

Signature is not available at this time.

**Left At**
Mail Room

**Reference Number(s)**
IG022(1735), IMMIGRANTS' RIGHTS, GYJP

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 9:27 P.M. EST

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| G.Y.J.P, A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., <br><br> *Plaintiff(s)* <br> v. <br> Chad F. Wolf, Department of Homeland Security, Mark A. Morgan, U.S. Customs and Border Protection, Todd C. Owen, CBP Office of Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T. Albence, U.S. Immigration and Customs Enforcement, Alex M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R. Redfield, Center for Disease Control and Prevention, Heidi Stirrup, Office of Refugee Resettlement. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   20-cv-01511-TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dr. Robert R. Redfield
Director of Disease Control and Prevention
Center for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/10/2020

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-01511-TNM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Dr. Robert R. Redfield, CDC Director

was received by me on *(date)*   06/10/2020   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to Dr. Robert R. Redfield, Director of the Centers for Disease Control and Prevention, 1600 Clifton Road, Atlanta, GA 30329 and delivered on 07/01/2020.

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:   07/08/2020

/s/ Darlene Boggs
*Server's signature*

Darlene Boggs, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1490E0NW95722038

**Weight**
0.50 LBS

**Service**
UPS Next Day Air Saver®

**Shipped / Billed On**
06/29/2020

**Delivered On**
07/01/2020 10:36 A.M.

**Delivered To**
1600 CLIFTON RD NE
ATLANTA, GA, 30329, US

**Received By**
HARRIS

Signature is not available at this time.

**Left At**
Dock

**Reference Number(s)**
IG022(1735), IMMIGRANTS' RIGHTS, GYJP

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 9:19 P.M. EST

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| G.Y.J.P, A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., <br><br> *Plaintiff(s)* <br><br> v. <br> Chad F. Wolf, Department of Homeland Security, Mark A. Morgan, U.S. Customs and Border Protection, Todd C. Owen, CBP Office of Field Operations, Rodney S. Scott, U.S. Border Patrol, Matthew T. Albence, U.S. Immigration and Customs Enforcement, Alex M. Azar II, U.S. Department of Health and Human Services, Dr. Robert R. Redfield, Center for Disease Control and Prevention, Heidi Stirrup, Office of Refugee Resettlement. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   20-cv-1511-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Heidi Stirrup
Acting Director of the Office of Refugee Resettlement
Office of Refugee Resettlement
330 C Street SW, 5th Floor
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/10/2020

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-01511-TNM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Heidi Stirrup, ORR Director

was received by me on *(date)*  06/10/2020  .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
A copy of the complaint and summons were sent via UPS delivery service on 06/29/2020 to Heidi Stirrup, Acting Director of the Office of Refugee Resettlement, 330 C Street SW, 5th Floor, Washington DC 20201-0001 and delivered on 06/30/2020.

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:  07/08/2020

_____
/s/ Darlene Boggs
*Server's signature*

Darlene Boggs, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z1490E0NW95067247

**Weight**

0.50 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

06/29/2020

**Delivered On**

06/30/2020 10:27 A.M.

**Delivered To**

330 INDEPENDENCE AVE SW
G644
WASHINGTON, DC, 20201, US

**Received By**

TYLER

Signature is not available at this time.

**Left At**

Mail Room

**Reference Number(s)**

IG022(1735), IMMIGRANTS' RIGHTS, GYJP

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/02/2020 9:28 P.M. EST