**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| G.Y.J.P., A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) )   No. 20-cv-01511-TNM |
| CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al., | ) ) ) ) |
| *Defendants*. | ) ) ) ) |

## MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION FOR SCHEDULING ORDER

Plaintiff G.Y.J.P. hereby moves for an order shortening time on her Motion for a Scheduling Order on her forthcoming motion for summary judgment.  As that Motion notes, she is currently in hiding in El Salvador from her persecutors.  She therefore intends to proceed with her case on an expedited basis via a motion for summary judgment.  Plaintiff has asked the Court to resolve whether this case should be related to *J.B.B.C. v. Wolf*, No. 20-cv-01509, and for an expedited summary judgment schedule.

Plaintiff hereby respectfully requests an order shortening time for Defendants to respond to her Motion for a Scheduling Order to **Tuesday, July 14, 2020**.  Plaintiff believes that timely resolution of the issues raised in the Motion would allow her to expeditiously seek relief in an orderly fashion.  The issues raised in Plaintiff's Motion for a Scheduling Order are straightforward, and Defendants should not require substantial time to prepare a response, especially because the parties have already met and conferred via email regarding their respective positions.

Defendants have informed Plaintiff's counsel that they oppose this Motion to Shorten Time.

Dated: July 10, 2020                              Respectfully submitted,

                                                  /s/Celso J. Perez
Stephen B. Kang***                                Lee Gelernt***
Cody Wofsy***                                     Daniel A. Galindo***
Morgan Russell***                                 Celso J. Perez (D.C. Bar No. 1034959)
Adrienne Harrold***                               American Civil Liberties Union Foundation,
American Civil Liberties Union Foundation,        Immigrants' Rights Project
Immigrants' Rights Project                        125 Broad Street, 18th Floor
39 Drumm Street                                   New York, NY 10004
San Francisco, CA 94111                           Tel: (212) 549-2600
Tel: (415) 343-0770
                                                  Robert Silverman**
Andre Segura                                      Oxfam America
Kathryn Huddleston                                Boston, MA 02115, Suite 500
Rochelle Garza                                    Tel: (617) 482-1211
Brantley Shaw Drake
American Civil Liberties Union Foundation         Karla M. Vargas*
of Texas, Inc.                                    Efren C. Olivares*
5225 Katy Freeway, Suite 350                      Texas Civil Rights Project
Houston, Texas 77007                              1017 W. Hackberry Ave.
Tel. (713) 942-8146                               Alamo, Texas 78516
                                                  Tel: (956) 787-8171
Jamie Crook (D.C. Bar No. 1002504)
Blaine Bookey                                     Scott Michelman (D.C. Bar No. 1006945)
Karen Musalo                                      Arthur B. Spitzer (D.C. Bar No. 235960)
Center for Gender & Refugee Studies               American Civil Liberties Union Foundation of
200 McAllister St.                                the District of Columbia
San Francisco, CA 94102                           915 15th Street NW, Second Floor
Tel: (415) 565-4877                               Washington, D.C. 20005
                                                  Tel: (202) 457-0800

                                                  *Attorneys for Plaintiff*
                                                  *Admitted pro hac vice*
                                                  **Pro hac vice application forthcoming*
                                                  ***Pro hac vice application pending*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  I will cause a copy of this document to be served on Defendants in this case.

By: /s/ Celso J. Perez
CELSO J. PEREZ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| G.Y.J.P., A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., *Plaintiff*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary of Homeland Security, et al, <br><br> *Defendants*. | ) ) ) ) ) No. 20-cv-01511-TNM ) ) ) ) ) ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

Upon consideration of Plaintiff's Motion to Shorten Time, and for good cause shown, the motion is GRANTED.  It is hereby ORDERED that Defendants shall respond to Plaintiff's Motion for Scheduling Order on Summary Judgment by Tuesday, July 14, 2020.

Dated:

_____
United States District Judge

4