## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **G.Y.J.P., A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S.**, <br><br> Plaintiff, <br><br> v. <br><br> **CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.**, <br><br> Defendants. | Case No. 1:20-cv-01511 (TNM) |

## <u>ORDER</u>

Upon consideration of Lee Gelernt, Stephen B. Kang, Adrienne Harrold, Daniel Galindo, Cody Wofsy, and Morgan Russell's Motions for Leave to Appear Pro Hac Vice, the Court GRANTS these motions.  Counsel shall register for e-filing via PACER and file notices of appearance pursuant to LCvR 83.6(a).  Instructions may be found at:

https://www.dcd.uscourts.gov/node/66/.

Eight attorneys have now filed Motions for Leave to Appear Pro Hac Vice in this case, in addition to the four D.D.C.-barred attorneys already representing Plaintiff.  The Court notes that in addition to other relief requested in the Complaint, Plaintiff has asked the Court to award Plaintiff's counsel reasonable attorneys' fees.  If Plaintiff prevails in this matter, the Court may

consider the number of timekeepers representing her when determining the reasonableness of any requested attorneys' fees.

**SO ORDERED.**


Dated: July 20, 2020            _____

                                      TREVOR N. McFADDEN, U.S.D.J.