AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| G.Y.J.P. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-01511 |
| Chad F. Wolf, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs G.Y.J.P.

Date: 08/05/2020

*Attorney's signature*

Stephen B. Kang (Bar No. 292280)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
*Address*

skang@aclu.org
*E-mail address*

(415) 343-0783
*Telephone number*

*FAX number*