# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| G.Y.J.P., A MINOR CHILD, | § | |
|     Plaintiff | § | |
| v. | § | 1:20-CV-01511-TNM |
| | § | |
| CHAD F. WOLF, et al. | § | |
|     Defendants | § | |
| | § | |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW EFREN C. OLIVARES AS COUNSEL OF RECORD

Plaintiffs, respectfully moves to withdraw Efrén C. Olivares as an attorney in this case. Mr. Olivares will end his employment with the Texas Civil Rights Project ("TCRP") on November 6, 2020. His withdrawal will not cause undue delay and will not adversely affect the interests of the Plaintiffs.

Defendant will continue to be represented by Attorney Karla M. Vargas with the Texas Civil Rights Project; Attorneys Lee Gelernt, Daniel A. Galindo, Celso J. Perez, Stephen B. Kang, Cody Wofsy, Morgan Russell, Adrienne Harrold with the American Civil Liberties Union Foundation, Immigrants' Rights Project; and additional counsel.

For these reasons, Plaintiffs respectfully requests the withdrawal of Efrén C. Olivares as counsel in this case.

Dated: November 3, 2020

                                            Respectfully submitted,

                                            By: */s/ Efrén C. Olivares*
                                            Efrén C. Olivares
                                            efren@texascivilrightsproject.org
                                            Karla M. Vargas

kvargas@texascivilrightsproject.org
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171
Fax: (956) 787-6348

Lee Gelernt
Daniel A. Galindo
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Stephen B. Kang
Cody Wofsy
Morgan Russell
Adrienne Harrold
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation
of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Jamie Crook (D.C. Bar No. 1002504)
Blaine Bookey
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

Robert Silverman

Oxfam America
226 Causeway Street, Sute 500
Boston, MA 02114
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

**CERTIFICATE OF CONFERENCE**

I, Efrén C. Olivares on October 28, 2020 communicated with Defendants' counsel Jean Lin by email regarding Plaintiffs' Unopposed Motion to Withdraw Efren C. Olivares as Counsel of Record. Defendants' counsel is not opposed to this motion.

/s/ Efrén C. Olivares
Efrén C. Olivares

**CERTIFICATE OF SERVICE**

I, Efrén C. Olivares, hereby certify that on November 3, 2020, I filed the foregoing Plaintiffs' Unopposed Motion to Withdraw Efrén C. Olivares as Counsel of Record via the Court's CM/ECF electronic filing system, which will serve a copy on all counsel of record.

/s/ Efrén C. Olivares
Efrén C. Olivares