# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| G.Y.J.P., A MINOR CHILD, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | 1:20-CV-01511-TNM |
| | § | |
| CHAD F. WOLF, et al., | § | |
|     Defendant | § | |

## ORDER GRANTING
## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
## EFREN C. OLIVARES AS COUNSEL OF RECORD

On this date, the Court considered Plaintiffs' Motion to Withdraw Efrén C. Olivares as Counsel of Record (the "Motion") and after consideration of same; it is hereby ORDERED said Motion is GRANTED. It is further ORDERED Efrén C. Olivares is withdrawn as counsel of record in this case.

Signed: _____.

_____
UNITED STATES DISTRICT JUDGE