**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| G.Y.J.P., A MINOR CHILD, by and through her mother and Next Friend, M.R.P.S., <br><br> *Plaintiff*, <br><br> v. <br><br> CHAD F. WOLF, ACTING SECRETARY OF HOMELAND SECURITY, in his official capacity, et al., <br><br> *Defendants*. | No. 20-cv-01511-TNM |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff G.Y.J.P., by and through her counsel, hereby give notice of her voluntary dismissal of this case without prejudice. Defendants have filed neither an answer to the complaint nor a motion for summary judgment in this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

| | |
|---|---|
| Dated: January 7, 2021 | Respectfully submitted, |

/s/ *Lee Gelernt*_____

| | |
|---|---|
| Stephen B. Kang | Lee Gelernt |
| Cody Wofsy | Daniel A. Galindo |
| Morgan Russell | Celso J. Perez (D.C. Bar No. 1034959) |
| American Civil Liberties Union Foundation, Immigrants' Rights Project | American Civil Liberties Union Foundation, Immigrants' Rights Project |
| 39 Drumm Street | 125 Broad Street, 18th Floor |
| San Francisco, CA 94111 | New York, NY 10004 |
| Tel: (415) 343-0770 | Tel: (212) 549-2600 |
| | |
| Andre Segura* | Karla M. Vargas |
| Kathryn Huddleston* | Texas Civil Rights Project |
| Rochelle Garza* | 1017 W. Hackberry Ave. |
| Brantley Shaw Drake* | Alamo, Texas 78516 |
| American Civil Liberties Union Foundation of Texas, Inc. | Tel: (956) 787-8171 ext. 122 |
| 5225 Katy Freeway, Suite 350 | Robert Silverman* |
| Houston, Texas 77007 | Oxfam America |
| Tel. (713) 942-8146 | Boston, MA 02115, Suite 500 |
| | Tel: (617) 482-1211 |
| Jamie Crook (D.C. Bar No. 1002504) | |
| Blaine Bookey | Scott Michelman (D.C. Bar No. 1006945) |
| Karen Musalo | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Center for Gender & Refugee Studies | American Civil Liberties Union Foundation of the District of Columbia |
| 200 McAllister St. | 915 15th Street NW, Second Floor |
| San Francisco, CA 94102 | Washington, D.C. 20005 |
| Tel: (415) 565-4877 | Tel: (202) 457-0800 |

*Pro hac vice application forthcoming*

*Attorneys for Plaintiffs*